# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
John C. Whipple, Esq. (JW 1591)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
(973) 267-7300
Attorneys for Defendant Matthew Torres

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | **Hon. Katharine S. Hayden** |
| : | Criminal No. 19-352 (KSH) |
| v. : | |
| : | **CONSENT ORDER FOR** |
| MATTHEW TORRES, : | **AUTHORIZING CERTAIN TRAVEL** |
| : | |
| Defendant. : | Document Electronically Filed |
| : | |

**THIS MATTER** being opened to the Court on application of Defendant Matthew Torres, through his attorneys, the law firm of Whipple Azzarello, LLC (John C. Whipple, Esq., appearing) for the entry of an Order modifying his conditions of release; and the Government having consented to the entry of this Order through Jihee G. Suh, Assistant United States Attorney, appearing; and the United States Pretrial Services Office having consented to this request (through U.S. Pretrial Services Officer Vincent Imbrosciano); and the Court having considered the merits of the application; and good cause having been shown;

It is **HEREBY ORDERED** on this 17th day of **JUNE, 2022,** as follows:

1. The Order Setting Conditions of Release is modified to permit Matthew Torres to travel to Puerto Rico, leaving June 23, 2022 and returning June 27, 2022;

2. Mr. Torres shall furnish the Office of Pretrial Services in advance of his travel, with proof of his travel arrangements including an itinerary setting forth the airline name, dates of his departure and return, the address and telephone number where he can be contacted, and any additional information the Office of Pretrial Services deems necessary; and

3. All other terms and conditions of Defendant Matthew Torres's release shall remain in full force and effect until further Order of the Court.

s/Katharine S. Hayden
**HONORABLE KATHARINE S. HAYDEN**
**United States District Judge**

**Form and entry consented to:**

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By:    s/Jihee G. Suh
       Jihee G. Suh, Esq., A.U.S.A.


WHIPPLE AZZARELLO, LLC
Attorneys for Defendant Matthew Torres

By:    s/John C. Whipple
       John C. Whipple, Esq.

2