DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Defendant(s). | Criminal No.<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                              .

Date:                                              PHILIP R. SELLINGER
                                                                                       United States Attorney

                                                             By:                                           
                                                                            Assistant U.S. Attorney